**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:03cr96/RV

KENNETH E. STEWART

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   November 14, 2008

Motion/Pleadings:   Motion for Reconsideration of the Terms of Federal District Senior Judge Vinson's sentencing under 28 U.S.C. 2241 re: Judgment Violation of Supervised Release doc. 15.

Filed by  Defendant            on 11/12/2008       Doc.#   62

RESPONSES:

  United States            on 11/14/2008       Doc.#   63

                                           on              Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

                                     WILLIAM M. McCOOL, CLERK OF COURT

                                      s/Jerry Marbut

LC (1 OR 2)                 Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of   November           , 2008, that:*

*(a) The relief requested is DENIED.*

*(b)* _____

                                      /s/ *Roger Vinson*

                                         *ROGER VINSON*
                           *Senior United States District Judge*